UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE THALOMID AND REVLIMID ANTITRUST LITIGATION. | Civil No.: 14-6997 (KSH) (CLW) <br><br> **Order** |

      This matter having come before the Court on motions to dismiss [D.E. 20; D.E. 35] brought by Celgene Corporation under Fed. R. Civ. P. 12(b)(6), and the Court having reviewed the papers submitted in support of and in opposition to these motions; and for the reasons set forth in the opinion filed herewith,

    **IT IS** on this 29th day of October, 2015, hereby

    **ORDERED** that Celgene's motions to dismiss are denied.

                                          /s/ Katharine S. Hayden\_\_\_\_\_
                                          Katharine S. Hayden, U.S.D.J.