# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Thalomid and Revlimid Antitrust Litigation | No. 2:14-cv-06997-KSH-CLW |

## ORDER

Considering the foregoing Motion to Appoint Interim Co-Lead Counsel filed on behalf of Hach Rose Schirripa & Cheverie LLP, Hausfeld LLP, and Block & Leviton LLP,

**IT IS HEREBY ORDERED** that the Motion to Appoint Hach Rose Schirripa & Cheverie LLP, Hausfeld LLP, and Block & Leviton LLP Interim Co-Lead Counsel is **GRANTED**.

**IT IS SO ORDERED**

DATED: April 1, 2016

_____
Hon. Cathy L. Waldor, USMJ

*The clerk shall terminate docket entry number 66.