UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE THALOMID AND REVLIMID ANTITRUST LITIGATION | Civil Action No. 14-6997<br><br>ORDER |

**THIS MATTER** is before the Court by way of Class Plaintiffs International Union of Bricklayers and Allied Craft Workers Local Health Fund ("IUB"), International Union of Operating Engineers Local 39 Health and Welfare Trust Fund ("Local 39"), The Detectives' Endowment Association, Inc. ("DEA"), David Mitchell ("Mitchell"), City of Providence, and New England Carpenters Health Benefits Fund's ("NEC" and, collectively, "Plaintiffs") Motion for Class Certification and Appointment of Class Counsel, ECF No. 149;

**IT IS** on this 30th day of October, 2018,

**ORDERED** that Plaintiffs' Motion for Class Certification and Appointment of Class Counsel, ECF No. 149, is **DENIED**.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**