IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE THALOMID AND REVLIMID ANTITRUST LITIGATION | Civil No.  14-6997 (MCA) (MAH) |

**CLASS PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

PLEASE TAKE NOTICE that the undersigned, counsel for Plaintiffs and the Proposed Classes, renew their motion to certify the proposed classes per this Court's Order of October 30, 2018. In support of this renewed motion, Plaintiffs submit the accompanying Supplemental Memorandum in Support of Class Certification and for Appointment of Class Counsel, the exhibits thereto, and the Expert Report of Jeffrey J. Leitzinger, Ph.D.

Dated: December 14, 2018

By: /s/ *Melinda R. Coolidge*

Melinda R. Coolidge
Walter D. Kelley, Jr.
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200
mcoolidge@hausfeld.com
wkelley@hausfeld.com

Brent W. Landau
Katie R. Beran
Tamara Freilich
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106

(215) 985-3270
blandau@hausfeld.com
kberan@hausfeld.com
tfreilich@hausfeld.com

Whitney E. Street
**BLOCK & LEVITON LLP**
610 16th Street, Suite 214
Oakland, CA 94612
(415) 968-1852
wstreet@blockesq.com

Stephen Teti
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600
steti@blockesq.com

Frank R. Schirripa
Daniel B. Rehns
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
(212) 213-8311
fschirripa@hrsclaw.com
drehns@hrsclaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Classes*

James Notis
Jennifer Sarnelli
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
jnotis@gardylaw.com
jsarnelli@gardylaw.com

Jeffrey A. Barrack
Jeffrey B. Gittleman
**BARRACK, RODOS & BACINE**
330 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
jgittleman@barrack.com

2

>Todd A. Seaver
>Christopher T. Heffelfinger
>**BERMAN TABACCO**
>44 Montgomery Street
>Suite 650
>San Francisco, CA 94104
>(415) 433-3200
>tseaver@bermantabacco.com
>
>*Additional Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I, Katie R. Beran, counsel for Plaintiffs, do hereby certify that this Renewed Motion for Class Certification was filed and served on all counsel by electronically filing this Motion with the Clerk for the United States District Court for the District of New Jersey by using the Court's CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Date:  December 14, 2018                    /s/ *Katie R. Beran*
                                            Katie R. Beran