**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, New Jersey 07068
Tel: (973) 597-2500

**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000

*Attorneys for Defendant Celgene Corporation*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE THALOMID AND REVLIMID ANTITRUST LITIGATION | Civil Action No. 2:14-cv-06997-MCA-MAH<br><br>Return Date: April 1, 2019<br><br>(Document Filed Electronically) |

**NOTICE OF JOINT MOTION TO SEAL MATERIALS RELATED TO CLASS PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

**PLEASE TAKE NOTICE** that on April 1, 2019, or as soon thereafter as counsel may be heard, attorneys for Plaintiffs and for Defendant will move before the District Court, at the United States District Court, District of New Jersey, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order permanently sealing specific portions of the class certification briefing materials (Dkt. Nos. 265, 269, and 274) filed by Plaintiffs and Celgene.

**PLEASE TAKE FURTHER NOTICE** that in support of their Motion, Plaintiffs and

Celgene shall rely upon the accompanying Index and Declarations of Daniel B. Rehns and Brian R. Howe.  A Proposed Order, including Proposed Findings of Fact and Conclusions of Law, is also submitted for the Court's consideration.

**PLEASE TAKE FURTHER NOTICE** that the proposed redacted versions of the renewed class certification motion briefing materials (Dkt. Nos. 265, 269, and 274) are attached hereto as Exhibit A.

Dated:  March 1, 2019

Respectfully submitted,

/s/ Gavin J. Rooney
Gavin J. Rooney
Joseph A. Fischetti
**LOWENSTEIN SANDLER LLP**
One Lowenstein Drive
Roseland, NJ 07068
Tel:  (973) 597-2500
grooney@lowenstein.com
jfischetti@lowenstein.com

John E. Schmidtlein (*pro hac vice*)
Benjamin M. Greenblum (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
jschmidtlein@wc.com
bgreenblum@wc.com

*Attorneys for Defendant Celgene Corporation*

Melinda R. Coolidge
Walter D. Kelley, Jr.
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200
mcoolidge@hausfeld.com
wkelley@hausfeld.com

Brett W. Landau
Katie R. Beran
Tamara Freilich
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
blandau@hausfeld.com
kberan@hausfeld.com
tfreilich@hausfeld.com

Whitney E. Street
**BLOCK & LEVITON LLP**
610 16th Street, Suite 214
Oakland, CA 94612
(415) 968-1852
wstreet@blockesq.com

Stephen Teti
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600
steti@blockesq.com

Frank R. Schirripa
Daniel B. Rehns
John A. Blyth
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
(212) 213-8311
fschirripa@hrsclaw.com
drehns@hrsclaw.com
jblyth@hrsclaw.com

3

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Classes*

James Notis
Jennifer Sarnelli
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
jnotis@gardylaw.com
jsarnelli@gardylaw.com

Jeffrey A. Barrack
Jeffrey B. Gittleman
**BARRACK, RODOS & BACINE**
330 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
jgittleman@barrack.com

Todd A. Seaver
Christopher T. Heffelfinger
**BERMAN TABACCO**
44 Montgomery Street
Suite 650
San Francisco, CA 94104
(415) 433-3200
tseaver@bermantabacco.com

*Additional Plaintiffs' Counsel*