

**Gavin J. Rooney**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: 973 597 2472
**F**: 973 597 2473
**E**: grooney@lowenstein.com

March 5, 2019

VIA ECF

Honorable Michael A. Hammer, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Court Room MLK 2C
Newark, New Jersey 07102

**Re:**   *In re Thalomid and Revlimid Antitrust Litigation*, No. 2:14-cv-06997-MCA-MAH

Dear Judge Hammer:

Our firm, along with Williams & Connolly LLP, represents Defendant Celgene Corporation in the above matter. We write to respectfully request Your Honor's approval of the withdrawal of our pro hac vice co-counsel, Stacie M. Fahsel.

Ms. Fahsel, a member of the bars of the State of Maryland and the District of Columbia, was admitted pro hac vice by this Court's Order of November 29, 2017 (ECF No. 166). After March 8, 2019, Ms. Fahsel will no longer be affiliated with the law firm of Williams & Connolly LLP. Accordingly, pursuant to L. Civ. R. 101.1(c)(5), we respectfully request Your Honor's approval of Ms. Fahsel's withdrawal as pro hac vice counsel for Celgene in the above matter. Lowenstein Sandler LLP and Williams & Connolly LLP will continue to serve as counsel of record for Celgene.

If this request meets with the Court's approval, we would appreciate if Your Honor would execute the "So Ordered" provision below and have this letter entered on the docket by the Clerk of the Court.

Respectfully submitted,
s/ Gavin J. Rooney
Gavin J. Rooney

Enclosures

C3010/4
3/5/19 52378436.1

cc:   All Counsel of Record (via ECF)

Hon. Michael A. Hammer, U.S.M.J.  March 5, 2019
Page 2

**IT IS SO ORDERED** on this _____ day of _____, 2019 that Celgene's application is hereby granted; and it is further

**ORDERED** that Stacie M. Fahsel, Esq. is hereby withdrawn as *pro hac vice* counsel for Celgene in this matter.

_____
**HONORABLE MICHAEL A. HAMMER**
**UNITED STATES MAGISTRATE JUDGE**