IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE THALOMID AND REVLIMID ANTITRUST LITIGATION** | Civ. No. 14-6997 (MCA) (MAH) |

PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT

PLEASE TAKE NOTICE that at the Fairness Hearing set by the Court on January 6, 2020 at 2:00 p.m., the undersigned counsel for Plaintiffs and the proposed Settlement Class, pursuant to Fed. R. Civ. P. 23(e), will move before the Hon. Madeline Cox Arleo, U.S.D.J., at the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey, for a Final Judgment and Order of Dismissal: (a) granting final approval of the Settlement of this action as set forth in the parties' July 24, 2019 Settlement Agreement (ECF No. 289-3); and (b) certifying the Settlement Class.  The undersigned intends to rely on the Memorandum of Law filed contemporaneously herewith, as well as the materials cited therein.  A form of proposed Order is also included herewith.

The undersigned hereby request oral argument.

Dated: November 11, 2019

By: /s/ Melinda R. Coolidge

Melinda R. Coolidge
Walter D. Kelley, Jr.
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200
mcoolidge@hausfeld.com
wkelley@hausfeld.com

Brent W. Landau
Katie R. Beran
Tamara Freilich
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
blandau@hausfeld.com
kberan@hausfeld.com
tfreilich@hausfeld.com

Whitney E. Street
**BLOCK & LEVITON LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 968-1852
wstreet@blockesq.com

Stephen J. Teti
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600
steti@blockesq.com


Frank R. Schirripa
Daniel B. Rehns

2

**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
(212) 213-8311
fschirripa@hrsclaw.com
drehns@hrsclaw.com

*Co-Lead Counsel and Settlement Class Counsel*

James Notis
Jennifer Sarnelli
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
jnotis@gardylaw.com
jsarnelli@gardylaw.com

Jeffrey A. Barrack
Jeffrey B. Gittleman
**BARRACK, RODOS & BACINE**
330 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
jbarrack@barrack.com
jgittleman@barrack.com

Todd A. Seaver
Christopher T. Heffelfinger
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
tseaver@bermantabacco.com
cheffelfinger@bermantabacco.com

*Additional Plaintiffs' Counsel*

3