IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE THALOMID AND REVLIMID ANTITRUST LITIGATION** | Civ. No.  14-6997 (MCA) (MAH) |

### PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT

PLEASE TAKE NOTICE that the undersigned, Interim Co-Lead Counsel for Plaintiffs and the Proposed Classes, pursuant to Fed. R. Civ. P. 23(e), individually and on behalf of a proposed settlement class, will move before the Hon. Madeline Cox Arleo, U.S.D.J., at the Martin Luther King, Jr. Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey, on a date and time to be set by the Court, for an Order preliminarily approving the proposed settlement entered into with Celgene Corporation ("Celgene"), as set forth in the Settlement Agreement attached as Exhibit 1 to the Declaration of Melinda R. Coolidge, filed herewith. Celgene does not oppose this motion.

The grounds for this motion are set forth more fully in the Memorandum of Law in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of

Proposed Settlement, as well as the Declaration of Melinda R. Coolidge and the accompanying exhibit, filed herewith. A proposed form of Order is also attached.

                                          Respectfully submitted,

Dated: April 3, 2020                    By: *Katie R. Beran*

                                          Katie R. Beran
                                          Brent W. Landau
                                          Tamara Freilich
                                          **HAUSFELD LLP**
                                          325 Chestnut Street, Suite 900
                                          Philadelphia, PA 19106
                                          (215) 985-3270
                                          kberan@hausfeld.com
                                          blandau@hausfeld.com
                                          tfreilich@hausfeld.com

                                          Melinda R. Coolidge
                                          Walter D. Kelley, Jr.
                                          **HAUSFELD LLP**
                                          1700 K Street, NW, Suite 650
                                          Washington, DC 20006
                                          (202) 540-7200
                                          mcoolidge@hausfeld.com
                                          wkelley@hausfeld.com

                                          Whitney E. Street
                                          **BLOCK & LEVITON LLP**
                                          100 Pine Street, Suite 1250
                                          San Francisco, CA 94111
                                          (415) 968-8999
                                          wstreet@blockesq.com

                                          Stephen J. Teti
                                          **BLOCK & LEVITON LLP**
                                          260 Franklin Street, Suite 1860

Boston, MA 02110
(617) 398-5600
steti@blockesq.com

Frank R. Schirripa
Daniel B. Rehns
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
(212) 213-8311
fschirripa@hrsclaw.com
drehns@hrsclaw.com

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

James Notis
Jennifer Sarnelli
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
jnotis@gardylaw.com
jsarnelli@gardylaw.com

Jeffrey A. Barrack
Jeffrey B. Gittleman
**BARRACK, RODOS & BACINE**
330 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
jbarrack@barrack.com
jgittleman@barrack.com

Todd A. Seaver
Christopher T. Heffelfinger
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
tseaver@bermantabacco.com

3

cheffelfinger@bermantabacco.com

*Additional Plaintiffs' Counsel*