UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE THALOMID AND REVLIMID ANTITRUST LITIGATION | Civil No. 14-6997 (MCA) (MAH) |

**PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND PAYMENT OF SERVICE AWARDS TO THE CLASS REPRESENTATIVES**

PLEASE TAKE NOTICE that at the Fairness Hearing set by the Court on September 30, 2020, the undersigned, counsel for Plaintiffs and the proposed Settlement Class, will move before the Hon. Madeline Cox Arleo, U.S.D.J., at the Martin Luther King Federal Building & Courthouse, 50 Walnut Street, Newark, NJ 07102, for an Order granting the following relief:

1. Plaintiffs' Counsel shall receive attorneys' fees to be paid from the Settlement Fund in the amount of $11,333,333.33 plus one-third of the interest earned in the Settlement escrow account.

2. Plaintiffs' Counsel shall be reimbursed $3,613,490.78 out of the Settlement Fund for the expenses they incurred in the prosecution of this complex lawsuit.

3. Plaintiffs' Co-Lead Counsel shall allocate the fees and expenses among all of Plaintiffs' Counsel in a manner that Co-Lead Counsel in good faith believe reflects the contributions of each firm working for Plaintiffs and the Class in the prosecution and settlement of the claims against the Defendant in this action.

4. The Class Representatives shall be awarded service awards in the following amounts as requested by Co-Lead Counsel:

    a. $10,000 for International Union of Bricklayers and Allied Craft Works Local 1 Health Fund;
    b. $10,000 for City of Providence;
    c. $10,000 for International Union of Operating Engineers Local 39 Health and Welfare Trust Fund;
    d. $10,000 for The Detectives' Endowment Association, Inc.;
    e. $10,000 for David Mitchell; and
    f. $10,000 for New England Carpenters Health Benefits Fund.

The undersigned intends to rely on the Memorandum of Law filed contemporaneously herewith, as well as the Declaration of Co-Lead Counsel Melinda R. Coolidge and the exhibits thereto. A form of proposed Order is also included herewith.

The undersigned hereby request oral argument.

Dated: August 7, 2020

By: /s/ Melinda R. Coolidge

Melinda R. Coolidge
Walter D. Kelley, Jr.
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
(202) 540-7200
mcoolidge@hausfeld.com
wkelley@hausfeld.com

Brent W. Landau
Katie R. Beran
Tamara Freilich
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
(215) 985-3270
blandau@hausfeld.com
kberan@hausfeld.com
tfreilich@hausfeld.com

Whitney E. Street
**BLOCK & LEVITON LLP**
610 16th Street, Suite 214
Oakland, CA 94612
(415) 968-1852
wstreet@blockleviton.com

Stephen Teti
**BLOCK & LEVITON LLP**
155 Federal Street, Suite 400
Boston, MA 02110
(617) 398-5600
steti@blockleviton.com

Frank R. Schirripa
Daniel B. Rehns
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, NY 10016
(212) 213-8311
fschirripa@hrsclaw.com
drehns@hrsclaw.com

*Co-Lead Counsel and Settlement Class Counsel*

James Notis
Jennifer Sarnelli
**GARDY & NOTIS, LLP**
560 Sylvan Avenue
Englewood Cliffs, NJ 07632
jnotis@gardylaw.com
jsarnelli@gardylaw.com

Jeffrey A. Barrack
Jeffrey B. Gittleman
**BARRACK, RODOS & BACINE**
330 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
jgittleman@barrack.com

Todd A. Seaver
Christopher T. Heffelfinger
**BERMAN TABACCO**
44 Montgomery Street
Suite 650
San Francisco, CA 94104
(415) 433-3200
tseaver@bermantabacco.com

*Additional Plaintiffs' Counsel*