

**Joseph A. Fischetti**
Counsel

One Lowenstein Drive
Roseland, New Jersey 07068

**T**: 973.422.6506
**F**: 973.422.6507
**E**: jfischetti@lowenstein.com

September 25, 2020

**VIA ECF AND FACSIMILE (973.297.4906)**

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Thalomid and Revlimid Antitrust Litigation*
Civil Action No. 14-6997

Dear Judge Arleo:

Together with Williams & Connolly LLP, this firm represents Defendant Celgene Corporation ("Celgene") in the above-referenced matter. The Court has scheduled a fairness hearing in this matter for September 30, 2020, at 2:00 p.m.

On a telephonic status conference with the parties on March 24, 2020, Your Honor indicated that counsel might be permitted to participate in the fairness hearing telephonically if necessary. In light of the current circumstances with respect to the pandemic, and the fact that many of the attorneys on both sides of this matter would have to travel substantial distances to attend the fairness hearing in person, the parties jointly and respectfully request that the Court permit counsel to participate in the fairness hearing remotely.

We thank the Court for its courtesies with respect to this matter.

Respectfully submitted,
s/ Joseph A. Fischetti
Joseph A. Fischetti

C3010/4
9/25/20 54844219.2

cc: All Counsel of Record (via ECF)