# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE THALOMID AND REVLIMID ANTITRUST LITIGATION** | **Civil No. 14-6997 (MCA) (MAH)** |

## ORDER

Upon consideration of Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Payment of Service Awards to the Class Representatives, and the papers filed in support thereof (the "Motion"), and the Court finding that the attorney fee award requested is fair and reasonable;

it is hereby **ORDERED** as follows:

1. The Motion is hereby **GRANTED.**

2. Plaintiffs' Counsel are hereby awarded attorneys' fees to be paid from the Settlement Fund in the amount of $11,333,333.33 plus one-third of the interest earned in the Settlement escrow account.

3. Plaintiffs' Counsel are hereby awarded $3,613,490.78 out of the Settlement Fund to reimburse them for the expenses they incurred in the prosecution of this complex lawsuit.

1

4. Plaintiffs' Co-Lead Counsel shall allocate the fees and expenses among all of Plaintiffs' Counsel in a manner that Co-Lead Counsel in good faith believe reflects the contributions of each firm working for Plaintiffs and the Class in the prosecution and settlement of the claims against the Defendant in this action.

5. Finally, the Class Representatives are hereby awarded service awards in the following amounts as requested by Co-Lead Counsel:

   A. $10,000 for International Union of Bricklayers and Allied Craft Works Local 1 Health Fund;
   B. $10,000 for City of Providence;
   C. $10,000 for International Union of Operating Engineers Local 39 Health and Welfare Trust Fund;
   D. $10,000 for The Detectives' Endowment Association, Inc.;
   E. $10,000 for David Mitchell; and
   F. $10,000 for New England Carpenters Health Benefits Fund.

6. The awarded fees, expenses, and service awards shall be distributed from the Settlement Fund in accordance with the terms of the Settlement Agreement.

7. Without affecting the finality of this Order in any respect, this Court reserves jurisdiction over any matters related to or ancillary to this Order.

**IT IS SO ORDERED this 2nd day of October, 2020.**

BY THE COURT:

_____
Hon. Madeline Cox Arleo
United States District Judge